**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ampie Enterprises, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA Imprinting Lives**<br>**FDBA Gallery Ink**<br>**FDBA Color My Shirt**<br>**FDBA Print My Shirt**<br>**FDBA Imprintable Solutions Ink** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3152682** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1029 Lyell Ave PMB 315**<br>**Rochester, NY 14606** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monroe** | **Location of principal assets, if different from principal place of business** |
| County | **109 College Avenue Rochester, NY 14607** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____3231____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| --- | --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Ampie Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Tina Paradiso** | Relationship | **affiliate** |
| District | **WDNY** | When | Case number, if known | **not assigned** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**
☐ $0 - $50,000                    ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 4, 2024**
MM / DD / YYYY

X **/s/ Tina Paradiso**
Signature of authorized representative of debtor

**Tina Paradiso**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Raymond C. Stilwell**
Signature of attorney for debtor

Date **June 4, 2024**
MM / DD / YYYY

**Raymond C. Stilwell**
Printed name

**LAW OFFICES OF RAYMOND C. STILWELL**
Firm name

**4476 Main Street, Suite 120**
**Amherst, NY 14226**
Number, Street, City, State & ZIP Code

Contact phone **716-634-8307**    Email address **rcstilwell@roadrunner.com**

Bar number and State

Case 2-24-20313-PRW,   Doc 1,   Filed 06/04/24,   Entered 06/04/24 14:05:31,

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5
Description: Main Document , Page 5 of 42

**Fill in this information to identify the case:**

Debtor name    **Ampie Enterprises, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* ____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 4, 2024**     X **/s/ Tina Paradiso**
                                      Signature of individual signing on behalf of debtor

                                        **Tina Paradiso**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Ampie Enterprises, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $   **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................   $   **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................   $   **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $   **1,121,398.26**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **478,359.06**

4.   **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b   $   **1,599,757.32**

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **American Express**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets of debtor- UCC filed 10/3/19** | **$91,321.34** | **Unknown** |

**4315 S 2700 West**
**Salt Lake City, UT 84184**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**through 2024**

Last 4 digits of account number
**2001**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Beacon Funding Corporation**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Specific leased assets per UCC filed 7/14/22** | **$19,912.00** | **Unknown** |

**3400 Dundee Road #180**
**Northbrook, IL 60062**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2022**

Last 4 digits of account number
**3801**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CFG Merchant Solutions LLC** |
|---|---|

Creditor's Name

**201 Route 17  North
Rutherford, NJ 07070**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2024**
**Last 4 digits of account number**
**3785**
**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Interest in factored receivablers of debtor per UCC filed 2/1/24**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,072.00    Unknown

---

| 2.4 | **CHTD Company** |
|---|---|

Creditor's Name

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**unnknown**
**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Alleged interest in tangible assets of debtor per UCC filed 5/6/21- basis of agreement unknown**

**Describe the lien**
**unknown**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Unknown    Unknown

---

| 2.5 | **CSC as Representative** |
|---|---|

**Describe debtor's property that is subject to a lien**

Unknown    Unknown

---

Creditor's Name

**-Alleged interest in tangible assets of debtor per UCC filed 9/8/22- basis of agreement unknown**

**-Alleged interest in tangible assets of debtor per UCC filed 3/19/24- basis of agreement unknown**

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**

**unknown**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**
**unknown**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **Silverline Services Inc.** | Describe debtor's property that is subject to a lien | $18,292.92 | Unknown |

Creditor's Name

**Interest in factored receivablers of debtor per UCC filed 1/4/24**

**265 Sunrise Highway #236**
**Rockville Centre, NY 11570**

Creditor's mailing address

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**

**Last 4 digits of account number**
**4322**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $943,800.00 | Unknown |

Creditor's Name

**All tangible assets- UCC filed 5/18/20**

**2 North Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

---

**2020**
**Last 4 digits of account number**
**7401**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,121,398.26**

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name   **Ampie Enterprises, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NYS Depatment of Labor
Harriman State Office Building
Bldg 12 Room 256
Albany, NY 12240**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**final unemployment return**

Last 4 digits of account number **2682**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NYS Dept. of Tax & Finance
PO Box 5300
Albany, NY 12205-0300**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**final sales taxes due**

Last 4 digits of account number **2682**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,592.88 |
|---|---|---|---|

**Aakron Rule Corporation**
**PO Box 418**
**Akron, NY 14001**

Date(s) debt was incurred **2024**

Last 4 digits of account number **6023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,049.87 |
|---|---|---|---|

**Accelerated Mailing Services, Inc.**
**77 Halstead St #5**
**Rochester, NY 14610**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $537.50 |
|---|---|---|---|

**Adflex Corporation**
**300 Ormond Street**
**Rochester, NY 14605**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alphagraphics**
**478 Thurston Road**
**Rochester, NY 14619**

Date(s) debt was incurred **2024**

Last 4 digits of account number **TINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $179.37 |
|---|---|---|---|

**ALPI International**
**3435 Regatta Blvd**
**Richmond, CA 94804**

Date(s) debt was incurred **2024**

Last 4 digits of account number **0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,100.26 |
|---|---|---|---|

**Ariel Premium**
**8825 Page Ave**
**Saint Louis, MO 63114**

Date(s) debt was incurred **2024**

Last 4 digits of account number **6023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $527.07 |
|---|---|---|---|

**Bag Makers Inc.**
**6606 S. Union Road**
**Union, IL 60180**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

Case 2-24-20313-PRW, Doc 1, Filed 06/04/24, Entered 06/04/24 14:05:31,
Description: Main Document , Page 13 of 42

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,419.36 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number **1129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.51 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Banner Store LLC**
**5409 Powell St**
**Jefferson, LA 70123**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,289.29 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Bay First Financial**
**700 Central Avenue**
**Saint Petersburg, FL 33701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Monies loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,211.49 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Bel Promo**
**PO Box 91979**
**Orlando, FL 32891**

Date(s) debt was incurred **2024**

Last 4 digits of account number **5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,250.77 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Blue Generation/CIT**
**PO Box 1036**
**Charlotte, NC 28201**

Date(s) debt was incurred **2024**

Last 4 digits of account number **6885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,489.45 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Broder Bros**
**PO Box 13559**
**Newark, NJ 07188**

Date(s) debt was incurred **2024**

Last 4 digits of account number **1791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,939.36 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Capital One**
**PO Box 4069**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number **0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Charles River Apparel**
**205 Providence Hwy**
**Sharon, MA 02067**

Date(s) debt was incurred **2024**

Last 4 digits of account number **3486**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

$599.48

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Devara Ltd**
**1635 Commons Parkway**
**Macedon, NY 14502**

Date(s) debt was incurred **2024**

Last 4 digits of account number **9824**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

$276.23

---

**3.17**

**Nonpriority creditor's name and mailing address**
**DFS Group**
**Lockbox 229, PO Box 7247**
**Philadelphia, PA 19170**

Date(s) debt was incurred **_**

Last 4 digits of account number **1E11**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

$607.58

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Discount Labels**
**POM Box 200747**
**Dallas, TX 75320**

Date(s) debt was incurred **2024**

Last 4 digits of account number **ER00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

$2,026.35

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Dupli Envelope & Graphics**
**6761 Thompson Road North**
**Syracuse, NY 13211**

Date(s) debt was incurred **2024**

Last 4 digits of account number **5525**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

$6,322.25

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Economy Products & Solutions**
**1175 East Main Street**
**Rochester, NY 14609**

Date(s) debt was incurred **2024**

Last 4 digits of account number **3450**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

$854.25

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Elan**
**1255 Corporate Dr**
**Irving, TX 75038**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,938.07 |
|---|---|---|---|

**Ennis Business Forms Inc-Coshocton**
PO Box 84171
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **9485**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.34 |
|---|---|---|---|

**Ennis Business Forms Inc-Ft. Scott**
PO Box 84171
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **9485**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.10 |
|---|---|---|---|

**Ennis Business Forms Inc-Nat'l Imprint**
PO Box 84171
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **9485**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,493.25 |
|---|---|---|---|

**Ennis Business Forms Inc-Printegra**
PO Box 84171
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **9485**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,436.23 |
|---|---|---|---|

**Ennis Business Forms Inc-Wisco**
PO Box 84171
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **9485**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,461.82 |
|---|---|---|---|

**EnSpirit LLC**
53 Upton Avenue #100
Spencerport, NY 14559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,535.40 |
|---|---|---|---|

**EPI Printing**
30  Bermar Park #2
Rochester, NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2-24-20313-PRW,   Doc 1,   Filed 06/04/24,   Entered 06/04/24 14:05:31,
Description: Main Document , Page 16 of 42

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,747.50 |
|---|---|---|---|

**Essef Distributors**
**264 Herricks Avenue**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,567.70 |
|---|---|---|---|

**Evans Manufacturing**
**PO Box 5669**
**Garden Grove, CA 92846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **3592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,197.28 |
|---|---|---|---|

**Excellus Blue Cross/Blue Shield**
**165 Court Street**
**Rochester, NY 14647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Health insurance premiums**

Last 4 digits of account number **0019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $623.30 |
|---|---|---|---|

**Fey promo dba of Fey Industries Inc**
**200 Fourth Avenue N**
**Edgerton, MN 56128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **1351**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.51 |
|---|---|---|---|

**Finn Graphics**
**220 Stille Drive**
**Cincinnati, OH 45233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **7710**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,533.64 |
|---|---|---|---|

**Fotofiles Inc.**
**15462 Sandfield Loop**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **R008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.44 |
|---|---|---|---|

**Galaxy Balloons Inc.**
**35263 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 2-24-20313-PRW, Doc 1, Filed 06/04/24, Entered 06/04/24 14:05:31,
Description: Main Document , Page 17 of 42

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,017.26** |
|---|---|---|---|

**Gem Group, Inc.**
**PO Box 843085**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **4643**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gemline c/o CST Key Collections**
**PO Box 33127**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **0426**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284.52** |
|---|---|---|---|

**Gill Studios, Inc / Gill Line**
**PO Box 2909**
**Shawnee Mission, KS 66201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **0247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.53** |
|---|---|---|---|

**Glow Promotions**
**5555 West Linebaugh Avenue#300**
**Tampa, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,697.00** |
|---|---|---|---|

**Grimco Inc.**
**29538 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **5882**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.00** |
|---|---|---|---|

**HandStands**
**1770 S 5350 W**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Goods and/or services**

Last 4 digits of account number **4609**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Headway Capital**
**175 W. Jackson Blvd.,Suite 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Monies loaned**

Last 4 digits of account number **6870**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ampie Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,108.98** |
|---|---|---|---|

**Hit Promotional Products Inc**

PO Box 744209
Atlanta, GA 30384

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Goods and/or services**

Last 4 digits of account number **7055**

Is the claim subject to offset? ■ No □ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,119.72** |
|---|---|---|---|

**Hub Pen Company LLC**
1525 Washington St
Braintree, MA 02184

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Goods and/or services**

Last 4 digits of account number **WFORMS**

Is the claim subject to offset? ■ No □ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$683.37** |
|---|---|---|---|

**IDProductsource LLC**
111 645 Northwest Enterprise Dr
Port Saint Lucie, FL 34986

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Goods and/or services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$484.28** |
|---|---|---|---|

**Illini**
1000 Woodlands Parkway
Vernon Hills, IL 60061

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Goods and/or services**

Last 4 digits of account number **6023**

Is the claim subject to offset? ■ No □ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,873.44** |
|---|---|---|---|

**ImprintID**
8433 Backlick Rd Suite B
Lorton, VA 22079

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Goods and/or services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,542.50** |
|---|---|---|---|

**Info Advantage**
155 Sanford Street
Rochester, NY 14620

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Goods and/or services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$567.99** |
|---|---|---|---|

**Lanco**
905 Veterans Memorial Hwy
Ronkonkoma, NY 11779

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Goods and/or services**

Last 4 digits of account number **4824**

Is the claim subject to offset? ■ No □ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,016.22** |
| --- | --- | --- | --- |

**LarLu**
**PO Box 708**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,389.99** |
| --- | --- | --- | --- |

**Leedsworld**
**PO Box 643859**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **8347**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,808.80** |
| --- | --- | --- | --- |

**Leprechaun Promotions**
**1016 Norcross Industrial Court**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services to business- possible personal liability**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,988.64** |
| --- | --- | --- | --- |

**Loan Builder/Bill Me Later**
**215 South State Street, Suite 1000**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Monies loaned**

Last 4 digits of account number  **1984**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,101.77** |
| --- | --- | --- | --- |

**Logomark**
**1201 Bell Avenue**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **E003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$887.03** |
| --- | --- | --- | --- |

**Magnet Group**
**PO  Box 203699**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  **8467**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.42** |
| --- | --- | --- | --- |

**Magnets in Print**
**1913 Atlantic Avenue F4**
**Manasquan, NJ 08736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Goods and/or services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,436.00** |
| | **MLJ Press Inc** | ☐ Contingent | |
| | **Box 65, 1015 East Main Street** | ☐ Unliquidated | |
| | **Rochester, NY 14609** | ☐ Disputed | |
| | **Date(s) debt was incurred  2023** | Basis for the claim:  **Goods and/or services** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$978.88** |
| | **Moderne Glass Co Inc** | ☐ Contingent | |
| | **1000 Industrial Blvd** | ☐ Unliquidated | |
| | **Aliquippa, PA 15001** | ☐ Disputed | |
| | **Date(s) debt was incurred  2024** | Basis for the claim:  **Goods and/or services** | |
| | **Last 4 digits of account number  8467** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Mulligan Funding** | ☐ Contingent | |
| | **4715 Viewridge Ave** | ☐ Unliquidated | |
| | **San Diego, CA 92123** | ☐ Disputed | |
| | **Date(s) debt was incurred  _** | Basis for the claim:  **Monies loaned** | |
| | **Last 4 digits of account number  9426** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104.23** |
| | **Occasions Group** | ☐ Contingent | |
| | **PO Box 8700** | ☐ Unliquidated | |
| | **Mankato, MN 56002** | ☐ Disputed | |
| | **Date(s) debt was incurred  2024** | Basis for the claim:  **Goods and/or services** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **OnDeck** | ☐ Contingent | |
| | **1400 Broadway** | ☐ Unliquidated | |
| | **New York, NY 10018** | ☐ Disputed | |
| | **Date(s) debt was incurred  _** | Basis for the claim:  **Monies loaned** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,220.57** |
| | **Paychex** | ☐ Contingent | |
| | **1175 John Street** | ☐ Unliquidated | |
| | **West Henrietta, NY 14586** | ☐ Disputed | |
| | **Date(s) debt was incurred  2024** | Basis for the claim:  **Payroll service** | |
| | **Last 4 digits of account number  1368** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,558.90** |
| | **Peerless Umbrella Co Inc** | ☐ Contingent | |
| | **427 Ferry Street** | ☐ Unliquidated | |
| | **Newark, NJ 07105** | ☐ Disputed | |
| | **Date(s) debt was incurred  2024** | Basis for the claim:  **Goods and/or services** | |
| | **Last 4 digits of account number  0011** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2-24-20313-PRW,   Doc 1,   Filed 06/04/24,   Entered 06/04/24 14:05:31,
Description: Main Document  , Page 21 of 42

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,624.00** |
|---|---|---|---|

**Promovision**
PO Box 71549
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number _**

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,147.80** |

**Pure Water Technology of WNY**
316 Seneca St #100
Buffalo, NY 14204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number _**

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.18** |

**Quikey Inc.**
1500 Industrial Parkway
Akron, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number _**

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,054.39** |

**Royal Industries**
1135 N Plymouth St.
Allentown, PA 18109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  9218**

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,128.25** |

**Rugged Outfitters**
Suite 31, 1 Lethbridge Plaza
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number _**

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,082.55** |

**S&S Activewear**
525 Fellowship Rd., Suite 330
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  4261**

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,335.70** |

**SanMar Corp.**
22833 SE Black Nugget Road, Suite 130
Issaquah, WA 98029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number  4924**

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2-24-20313-PRW,   Doc 1,   Filed 06/04/24,   Entered 06/04/24 14:05:31,
Description: Main Document  , Page 22 of 42

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,645.32 |
|------|---|---|---|

**Showdown Displays**
PO Box 74007546
Chicago, IL 60674

Date(s) debt was incurred **2024**

Last 4 digits of account number **0091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.44 |
|------|---|---|---|

**SnugZ USA LLC**
PO Box 25908
Salt Lake City, UT 84125

Date(s) debt was incurred **2024**

Last 4 digits of account number **3659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,710.91 |
|------|---|---|---|

**Starline USA Inc.**
3036 Alt Blvd
Grand Island, NY 14072

Date(s) debt was incurred **2024**

Last 4 digits of account number **6023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.00 |
|------|---|---|---|

**Stopngo Line**
19805 Harrison Avenue
City of Industry, CA 91789

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,099.70 |
|------|---|---|---|

**Stouse LLC**
300 New Century Parkway
New Century, KS 66031

Date(s) debt was incurred **2024**

Last 4 digits of account number **9295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.67 |
|------|---|---|---|

**Suburban Disposal**
PO Box 112
Spencerport, NY 14559

Date(s) debt was incurred **2024**

Last 4 digits of account number **4537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **disposal service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.20 |
|------|---|---|---|

**Suntex Industries**
5555 West Linebaugh Avenue#300
Tampa, FL 33624

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and/or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,485.04** |
|---|---|---|---|

**Tangible Apparel**
**4780 I-55 N Suite 100, #9919**
**Jackson, MS 39211**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Taylor Communications c/o CCC of NY**
**34 Seymour Street**
**Tonawanda, NY 14150**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$484.50** |
|---|---|---|---|

**Time Warner Cable/Spectrum/Charter**
**PO Box 6030**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **5601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$736.14** |
|---|---|---|---|

**TK cups Sorgs**
**750 Crawford Street**
**Fitchburg, MA 01420**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.60** |
|---|---|---|---|

**Uline**
**PO  Box 88471**
**Chicago, IL 60680**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **9877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,080.74** |
|---|---|---|---|

**Ventura Promotional Products, Inc.**
**501 W. Pierce St**
**Del Rio, TX 78840**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **5602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,174.21** |
|---|---|---|---|

**Victor Printing Co**
**PO Drawer 707, 1 Victor Way**
**Sharon, PA 16146**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and/or services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.68 |
|---|---|---|---|

**Webb Business Promo**
**PO Box 745**
**New Ulm, MN 56073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __6023__

Basis for the claim: __Goods and/or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.26 |
|---|---|---|---|

**Wilmer**
**PO Box 91047**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __6023__

Basis for the claim: __Goods and/or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.84 |
|---|---|---|---|

**WOWLine**
**141 Eileen Way**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __0010__

Basis for the claim: __Goods and/or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Commercial Collection Corp. of NY**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | Line __3.73__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CST**<br>**PO Box 224768**<br>**Dallas, TX 75222** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CST**<br>**PO Box 224768**<br>**Dallas, TX 75222** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CST**<br>**PO Box 224768**<br>**Dallas, TX 75222** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **CST**<br>**PO Box 33127**<br>**Louisville, KY 40232** | Line __3.44__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **CST**<br>**PO Box 33127**<br>**Louisville, KY 40232** | Line __3.67__<br><br>☐ Not listed. Explain ____ | _ |

Case 2-24-20313-PRW, Doc 1, Filed 06/04/24, Entered 06/04/24 14:05:31,
Description: Main Document , Page 25 of 42

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **CST**<br>**PO Box 224768**<br>**Dallas, TX 75222** | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **CST**<br>**PO Box 224768**<br>**Dallas, TX 75222** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |

<table><tr><td>**Part 4:**</td><td>**Total Amounts of the Priority and Nonpriority Unsecured Claims**</td></tr></table>

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 478,359.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 478,359.06 |

**Fill in this information to identify the case:**

Debtor name    **Ampie Enterprises, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Tina Paradiso** | **4014 Savannah Street, D**<br>**Hattiesburg, MS 39402** | **US Small Business Administration** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Tina Paradiso** | **4014 Savannah Street, D**<br>**Hattiesburg, MS 39402** | **Beacon Funding Corporation** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Tina Paradiso** | **4014 Savannah Street, D**<br>**Hattiesburg, MS 39402** | **Loan Builder/Bill Me Later** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.4 | **Tina Paradiso** | **4014 Savannah Street, D**<br>**Hattiesburg, MS 39402** | **Headway Capital** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |

# United States Bankruptcy Court
## Western District of New York

In re  **Ampie Enterprises, Inc.**                        Case No. _____

Debtor(s)                        Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____  $ _____**1,062.00**

Prior to the filing of this statement I have received _____  $ _____**1,062.00**

Balance Due _____  $ _____**0.00**

2.  $____**338.00**____ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor        ■ Other (specify):  **Principal**

4.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f) for avoidance of liens on household goods and judicial liens.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtor(s) in any dischargeability actions, relief from stay actions or any other adversary proceeding; post-confirmation modifications of any Plan or representation concerning conversion of the case to any other Chapter of the Bankruptcy Code; contested matters by the United States trustee, case trustee or any party in interest concerning dismissal of the debtor's case under 11 USC 707(b)**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  4, 2024**                        **/s/ Raymond C. Stilwell**
*Date*                                **Raymond C. Stilwell**
                                      *Signature of Attorney*
                                      **LAW OFFICES OF RAYMOND C. STILWELL**
                                      **4476 Main Street, Suite 120**
                                      **Amherst, NY 14226**
                                      **716-634-8307  Fax: 716-839-0714**
                                      **rcstilwell@roadrunner.com**
                                      *Name of law firm*

**United States Bankruptcy Court**
**Western District of New York**

In re   **Ampie Enterprises, Inc.**                           Case No. _____

                                       Debtor(s)       Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **June  4, 2024** _____       **/s/ Tina Paradiso** _____

                                           **Tina Paradiso**/**President**
                                           Signer/Title

Aakron Rule Corporation
PO Box 418
Akron, NY 14001


Accelerated Mailing Services, Inc.
77 Halstead St #5
Rochester, NY 14610


Adflex Corporation
300 Ormond Street
Rochester, NY 14605


Alphagraphics
478 Thurston Road
Rochester, NY 14619


ALPI  International
3435 Regatta Blvd
Richmond, CA 94804


American Express
4315 S 2700 West
Salt Lake City, UT 84184


Ariel Premium
8825 Page Ave
Saint Louis, MO 63114


Bag Makers Inc.
6606 S. Union Road
Union, IL 60180


Bank of America
PO Box 15019
Wilmington, DE 19850


Banner Store LLC
5409 Powell St
Jefferson, LA 70123


Bay First Financial
700 Central Avenue
Saint Petersburg, FL 33701

Beacon Funding Corporation
3400 Dundee Road #180
Northbrook, IL 60062


Bel Promo
PO Box 91979
Orlando, FL 32891


Blue Generation/CIT
PO Box 1036
Charlotte, NC 28201


Broder Bros
PO Box 13559
Newark, NJ 07188


Capital One
PO Box 4069
Carol Stream, IL 60197


CFG Merchant Solutions LLC
201 Route 17 North
Rutherford, NJ 07070


Charles River Apparel
205 Providence Hwy
Sharon, MA 02067


CHTD Company
PO Box 2576
Springfield, IL 62708


Commercial Collection Corp. of NY
34 Seymour Street
Tonawanda, NY 14150


CSC as Representative
PO Box 2576
Springfield, IL 62708


CST
PO Box 224768
Dallas, TX 75222

CST
PO Box 33127
Louisville, KY 40232


Devara Ltd
1635 Commons Parkway
Macedon, NY 14502


DFS Group
Lockbox 229, PO Box 7247
Philadelphia, PA 19170


Discount Labels
POM Box 200747
Dallas, TX 75320


Dupli Envelope & Graphics
6761 Thompson Road North
Syracuse, NY 13211


Economy Products & Solutions
1175 East Main Street
Rochester, NY 14609


Elan
1255 Corporate Dr
Irving, TX 75038


Ennis Business Forms Inc-Coshocton
PO Box 84171
Dallas, TX 75284


Ennis Business Forms Inc-Ft. Scott
PO Box 84171
Dallas, TX 75284


Ennis Business Forms Inc-Nat'l Imprint
PO Box 84171
Dallas, TX 75284


Ennis Business Forms Inc-Printegra
PO Box 84171
Dallas, TX 75284

Ennis Business Forms Inc-Wisco
PO Box 84171
Dallas, TX 75284

EnSpirit LLC
53 Upton Avenue #100
Spencerport, NY 14559

EPI Printing
30 Bermar Park #2
Rochester, NY 14624

Essef Distributors
264 Herricks Avenue
Mineola, NY 11501

Evans Manufacturing
PO Box 5669
Garden Grove, CA 92846

Excellus Blue Cross/Blue Shield
165 Court Street
Rochester, NY 14647

Fey promo dba of Fey Industries Inc
200 Fourth Avenue N
Edgerton, MN 56128

Finn Graphics
220 Stille Drive
Cincinnati, OH 45233

Fotofiles Inc.
15462 Sandfield Loop
Winter Garden, FL 34787

Galaxy Balloons Inc.
35263 Eagle Way
Chicago, IL 60678

Gem Group, Inc.
PO Box 843085
Boston, MA 02284

Gemline c/o CST Key Collections
PO Box 33127
Louisville, KY 40232


Gill Studios, Inc / Gill Line
PO Box 2909
Shawnee Mission, KS 66201


Glow Promotions
5555 West Linebaugh Avenue#300
Tampa, FL 33624


Grimco Inc.
29538 Network Place
Chicago, IL 60673


HandStands
1770 S 5350 W
Salt Lake City, UT 84104


Headway Capital
175 W. Jackson Blvd.,Suite 1000
Chicago, IL 60604


Hit Promotional Products Inc
PO Box 744209
Atlanta, GA 30384


Hub Pen Company LLC
1525 Washington St
Braintree, MA 02184


IDProductsource LLC
111 645 Northwest Enterprise Dr
Port Saint Lucie, FL 34986


Illini
1000 Woodlands Parkway
Vernon Hills, IL 60061


ImprintID
8433 Backlick Rd Suite B
Lorton, VA 22079

Info Advantage
155 Sanford Street
Rochester, NY 14620


Lanco
905 Veterans Memorial Hwy
Ronkonkoma, NY 11779


LarLu
PO Box 708
Winona, MN 55987


Leedsworld
PO Box 643859
Pittsburgh, PA 15264


Leprechaun Promotions
1016 Norcross Industrial Court
Norcross, GA 30071


Loan Builder/Bill Me Later
215 South State Street, Suite 1000
Salt Lake City, UT 84111


Logomark
1201 Bell Avenue
Tustin, CA 92780


Magnet Group
PO Box 203699
Dallas, TX 75320


Magnets in Print
1913 Atlantic Avenue F4
Manasquan, NJ 08736


MLJ Press Inc
Box 65, 1015 East Main Street
Rochester, NY 14609


Moderne Glass Co Inc
1000 Industrial Blvd
Aliquippa, PA 15001

Mulligan Funding
4715 Viewridge Ave
San Diego, CA 92123


NYS Depatment of Labor
Harriman State Office Building
Bldg 12 Room 256
Albany, NY 12240


NYS Dept. of Tax & Finance
PO Box 5300
Albany, NY 12205-0300


Occasions Group
PO Box 8700
Mankato, MN 56002


OnDeck
1400 Broadway
New York, NY 10018


Paychex
1175 John Street
West Henrietta, NY 14586


Peerless Umbrella Co Inc
427 Ferry Street
Newark, NJ 07105


Promovision
PO Box 71549
Chicago, IL 60694


Pure Water Technology of WNY
316 Seneca St #100
Buffalo, NY 14204


Quikey Inc.
1500 Industrial Parkway
Akron, OH 44310


Royal Industries
1135 N Plymouth St.
Allentown, PA 18109

Rugged Outfitters
Suite 31, 1 Lethbridge Plaza
Mahwah, NJ 07430


S&S Activewear
525 Fellowship Rd., Suite 330
Mount Laurel, NJ 08054


SanMar Corp.
22833 SE Black Nugget Road, Suite 130
Issaquah, WA 98029


Showdown Displays
PO Box 74007546
Chicago, IL 60674


Silverline Services Inc.
265 Sunrise Highway #236
Rockville Centre, NY 11570


SnugZ USA LLC
PO Box 25908
Salt Lake City, UT 84125


Starline USA Inc.
3036 Alt Blvd
Grand Island, NY 14072


Stopngo Line
19805 Harrison Avenue
City of Industry, CA 91789


Stouse LLC
300 New Century Parkway
New Century, KS 66031


Suburban Disposal
PO Box 112
Spencerport, NY 14559


Suntex Industries
5555 West Linebaugh Avenue#300
Tampa, FL 33624

Tangible Apparel
4780 I-55 N Suite 100, #9919
Jackson, MS 39211


Taylor Communications c/o CCC of NY
34 Seymour Street
Tonawanda, NY 14150


Time Warner Cable/Spectrum/Charter
PO Box 6030
Carol Stream, IL 60197


Tina Paradiso
4014 Savannah Street, D
Hattiesburg, MS 39402


TK cups Sorgs
750 Crawford Street
Fitchburg, MA 01420


Uline
PO Box 88471
Chicago, IL 60680


US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Ventura Promotional Products, Inc.
501 W. Pierce St
Del Rio, TX 78840


Victor Printing Co
PO Drawer 707, 1 Victor Way
Sharon, PA 16146


Webb Business Promo
PO Box 745
New Ulm, MN 56073


Wilmer
PO Box 91047
Chicago, IL 60693

WOWLine
141 Eileen Way
Syosset, NY 11791

# United States Bankruptcy Court
## Western District of New York

In re **Ampie Enterprises, Inc.**

Debtor(s)

Case No.

Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ampie Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  4, 2024

Date

/s/ Raymond C. Stilwell

**Raymond C. Stilwell**

Signature of Attorney or Litigant

Counsel for  **Ampie Enterprises, Inc.**

**LAW OFFICES OF RAYMOND C. STILWELL**
**4476 Main Street, Suite 120**
**Amherst, NY 14226**
**716-634-8307 Fax:716-839-0714**
**rcstilwell@roadrunner.com**

**United States Bankruptcy Court**
**Western District of New York**

In re  **Ampie Enterprises, Inc.** _____  Case No. _____

_____ Debtor(s)  Chapter  **7** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tina Paradiso**, declare under penalty of perjury that I am the **President** of **Ampie Enterprises, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4 day of June 20 24 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tina Paradiso**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tina Paradiso**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tina Paradiso**, **President** of this Corporation is authorized and directed to employ **Raymond C. Stilwell**, attorney and the law firm of **LAW OFFICES OF RAYMOND C. STILWELL** to represent the corporation in such bankruptcy case."

Date  **June  4, 2024** _____   Signed  /s/ Tina Paradiso _____

**Tina Paradiso**

Resolution of Board of Directors
of
**Ampie Enterprises, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tina Paradiso, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tina Paradiso, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tina Paradiso, President** of this Corporation is authorized and directed to employ **Raymond C. Stilwell**, attorney and the law firm of **LAW OFFICES OF RAYMOND C. STILWELL** to represent the corporation in such bankruptcy case.

Date  **June  4, 2024**

Signed  /s/ Tina Paradiso