# United States Bankruptcy Court
## Western District of New York

In re **Ampie Enterprises, Inc.**     Case No.
                      Debtor(s)     Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ampie Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 4, 2024**            **/s/ Raymond C. Stilwell**
Date                           **Raymond C. Stilwell**
                                 Signature of Attorney or Litigant
                                 Counsel for **Ampie Enterprises, Inc.**
                                 **LAW OFFICES OF RAYMOND C. STILWELL**
                                 **4476 Main Street, Suite 120**
                                 **Amherst, NY 14226**
                                 **716-634-8307 Fax:716-839-0714**
                                 **rcstilwell@roadrunner.com**