WEINBERG ZAREH MALKIN PRICE LLP
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Phone: 212-899-5470
Adrienne Woods, Esq.
Email: awoods@wzmplaw.com

*Counsel to BayFirst National Bank*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AMPIE ENTERPRISES, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-20313 (PRW) |

<u>**MOTION TO ADMIT COUNSEL PRO HAC VICE**</u>

       **PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Adrienne Woods ("**Applicant**") in support of the motion seeking admission *pro hac vice,* Applicant will move this Court before the Honorable Paul R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court, Western District of New York, pursuant to Rule 2090-1(E) of the Local Rules of the United States Bankruptcy Court for the Western District of New York, District Court Local Rule 1.3(c), allowing the admission of movant, an attorney with the firm of Weinberg Zareh Malkin Price LLP and a member in good standing of the Bar of the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

| Dated: New York, New York<br>      July 1, 2024 | WEINBERG ZAREH MALKIN PRICE LLP<br><br><br>By: */s/ Adrienne Woods*<br>Adrienne Woods, Esq.<br>45 Rockefeller Plaza, 20th Floor<br>New York, New York 10111<br>Phone: 212-899-5470<br>Email: awoods@wzmplaw.com<br><br>*Counsel to BayFirst National Bank* |
| --- | --- |