UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In re:<br><br>AMPIE ENTERPRISES, INC.,<br><br>                        Debtor. | Chapter 7<br><br>Case No. 24-20313 (PRW) |
|---|---|

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

      The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, **Adrienne Woods, Esq.**, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

      The above-named attorney must: (i) serve a copy of this Order on Debtor's counsel and all parties who filed notices of appearance, and (ii) file a certificate of such service within 10 business days of the date hereof.

Dated: July 2, 2024
        Rochester, New York

                                                /s/
                                 HONORABLE PAUL R. WARREN
                                 UNITED STATES BANKRUPTCY JUDGE