# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 7/2/2024 |
| Case: 2–24–20313–PRW | Form ID: pdforder | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Adrienne Woods      awoods@wzmplaw.com
aty      Raymond C. Stilwell      rcstilwell@roadrunner.com

                                                                                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ampie Enterprises, Inc.      1029 Lyell Ave PMB 315      Rochester, NY 14606

                                                                                                             TOTAL: 1