United States Bankruptcy Court
Western District of New York

In re:                  Case No. 24-20313-PRW
Ampie Enterprises, Inc.      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2      User: admin      Page 1 of 1
Date Rcvd: Jul 02, 2024      Form ID: pdforder      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ampie Enterprises, Inc., 1029 Lyell Ave PMB 315, Rochester, NY 14606-1959 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrienne Woods | on behalf of Creditor BayFirst National Bank awoods@wzmplaw.com |
| Raymond C. Stilwell | on behalf of Debtor Ampie Enterprises  Inc. rcstilwell@roadrunner.com, rcstilwell@aol.com |
| Wendy J. Christophersen | wchristophersen@7trustee.net NY30@ecfcbis.com;wchristophersen@ecf.axosfs.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| AMPIE ENTERPRISES, INC., | Chapter 7 |
| Debtor. | Case No. 24-20313 (PRW) |

### ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, **Adrienne Woods, Esq.**, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The above-named attorney must: (i) serve a copy of this Order on Debtor's counsel and all parties who filed notices of appearance, and (ii) file a certificate of such service within 10 business days of the date hereof.

Dated: July 2, 2024
      Rochester, New York

                                        _____/s/_____
                                        HONORABLE PAUL R. WARREN
                                        UNITED STATES BANKRUPTCY JUDGE

1

Case 2-24-20313-PRW, Doc 11, Filed 07/04/24, Entered 07/05/24 00:31:52,
Description: Imaged Certificate of Notice, Page 2 of 2