United States Bankruptcy Court
Western District of New York

| | |
|---|---|
| In re: | Case No. 24-20313-PRW |
| Ampie Enterprises, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 16, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ampie Enterprises, Inc., 1029 Lyell Ave PMB 315, Rochester, NY 14606-1959 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adrienne Woods | on behalf of Creditor BayFirst National Bank awoods@wzmplaw.com |
| Raymond C. Stilwell | on behalf of Debtor Ampie Enterprises Inc. rcstilwell@roadrunner.com, rcstilwell@aol.com |
| Wendy J. Christophersen | wchristophersen@7trustee.net NY30@ecfcbis.com;wchristophersen@ecf.axosfs.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:
    Ampie Enterprises, Inc.
     fdba Gallery Ink, fdba Imprinting Lives, fdba Imprintable Solutions Ink, fdba Print My Shirt, fdba Color My Shirt

          Debtor(s)

Case No.: 2−24−20313−PRW
Chapter: 7

Tax ID: 46−3152682

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Wendy J. Christophersen is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.


Dated: October 16, 2024

**HONORABLE PAUL R. WARREN**
United States Bankruptcy Judge

Form fnldec/Doc 15
www.nywb.uscourts.gov